

IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILL AND JULIE MAYO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. CIV-15-394-W |
| ) | |
| FARMERS ALLIANCE MUTUAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On April 13, 2015, defendant Farmers Alliance Mutual Insurance Company removed this action from the District Court of Murray County, Oklahoma, see Doc. 1; Doc. 1-24, which is in the Eastern District of Oklahoma, E.g., 28 U.S.C. 116(b). Because removal to a district other than the district where the state action was pending is improper,[1] the Court DISMISSES this matter without prejudice.

ENTERED this 14th day of April, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE

---

[1] Cases "may be removed . . . to the district court . . . for the district . . . embracing the place where such action is pending." 28 U.S.C. § 1441(a).